IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BIRD DOG CAPITAL, LLC, a Nebraska Limited Liability Company;<br><br>Plaintiff,<br><br>vs.<br><br>AMGUARD INSURANCE COMPANY, a Pennsylvania company; and BERKSHIRE HATHAWAY GUARD INSURANCE COMPANIES, a Pennsylvania company;<br><br>Defendants. | **8:20CV364**<br><br>**ORDER** |

    IT IS ORDERED that the parties' Joint Motion to Extend Deadlines and for a Status Conference is granted. (Filing No. 21). The progression order is amended as follows:

1)     A status conference to discuss case progression, will be held with the undersigned magistrate judge on **March 9, 2021** at **2:00 p.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2)     The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is extended to March 30, 2021. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by April 13, 2021.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

Dated this 26th day of February, 2021.

                                                               BY THE COURT:

                                                               *s/ Cheryl R. Zwart*
                                                               United States Magistrate Judge